IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. JKB-16-0259 |
| | ) | |
| JOSE LOPEZ RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

**COMES NOW** the Defendant, Jose Lopez Rivera, by counsel, and respectfully moves the Court to continue the status conference, currently scheduled for July 15, 2022 at 11:15 a.m., until September 15, 2022, at 11:15 a.m., or another date that is convenient for the Court and the parties. In support of this motion, Mr. Lopez Rivera submits the following:

1. The seventh superseding indictment charges Mr. Lopez with Conspiracy to Participate in a Racketeering Enterprise, in violation of 18 U.S.C. § 1962(d), Racketeering, in violation 18 U.S.C. § 1962(c), and Murder in Aid of Racketeering, in violation of 18 U.S.C. § 1959(a)(6). (Doc. 1117 at 1-20, 21-26) Discovery has been ongoing.

2. In early June, undersigned counsel informed the Unite States that multiple critical items of evidence were unreviewable is inaccessible. These items include videotape evidence pertaining to the single murder for which Mr. Lopez Rivera is implicated.

3. In light of the difficulties accessing the critical evidence, the government and defense have worked cooperatively to correct the technical impediments so the defense can access the critical discovery items. Counsel's efforts include downloading specific software to access the electronic discovery items, working with the IT department of the United States' Attorney's office to access, and hiring an IT expert of his own to troubleshoot apparently incompatible operating

systems. Most recently, members of the United States' Attorney's office IT department converted the electronic discovery into a new format. Unfortunately, undersigned counsel is still is unable to access the material.

4. In order to have meaningful conversation about defense strategy, including a possible settlement, the defendant and counsel need access to the critical items of discovery. To accomplish this, the defense requires an additional sixty (60) days in order to access and review the information with the defendant.

5. The United States joins this request for a continuance of status hearing

## CONCLUSION

**WHEREFORE**, for all these reasons, Ms. Guzman respectfully requests the Court to continue the status conference, currently scheduled for July 15, 2022 at11:15 a.m., until September 15, 2022, at 11:15 a.m., or another date that is convenient for the Court and the parties.

>Respectfully submitted,
>
>JOSE LOPEZ RIVERA
>By Counsel

/s/  Joseph T. Flood
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA  22030
(703) 691-8410
(703) 251-0757 (fax)
jflood@sfhdefense.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing notice was filed by CM/ECF on this the 11th day of July, 2022, which will then send a notification to counsel of record.

*/s/* Joseph T. Flood
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA  22030
(703) 691-8410
(703) 251-0757 (fax)
jflood@sfhdefense.com
